# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY CURTIS VILA,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 17-0134-KD-MU |
| **STEVE WADLINGTON,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 21) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 20) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii) because the claims are frivolous, fail to state a claim upon which relief can be granted, or seek monetary relief against a defendant who is immune from such relief.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending dismissal of this action, this order adopting the Report and Recommendation, and the judgment dismissing this action without prejudice.

**DONE** this 3rd day of May 2018.

                                         s/ Kristi K. DuBose
                                         KRISTI K. DuBOSE
                                         CHIEF UNITED STATES DISTRICT JUDGE